**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/17/23
```

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

February 15, 2022

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007

**MEMO ENDORSED**

Re:  *Swartz v. OYO Hotels, Inc.*
     Case No.  22-cv-08605-ALC

Dear Judge Moses:

We represent Defendant Highgate Hotels, L.P. (incorrectly named herein as "OYO Hotels, Inc.") in the above-referenced matter.  On behalf of all parties, and in accordance with Rule 2.a of Your Honor's Individual Practices, we respectfully write to request an adjournment of the Initial Case Management Conference scheduled for February 22, 2023 (the "Conference") until (i) March 28, 2023; (ii) March 30, 2023; or (iii) some subsequent date that is convenient for the Court.  The parties respectfully submit this request so that they may be afforded additional time to continue their ongoing settlement discussions prior to allocating further resources to litigation activity.  This is the parties' first request for an adjournment of the Conference.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:  *s/ Evan B. Citron*
     Evan B. Citron

---

Application GRANTED. The February 22, 2023 initial case management conference is ADJOURNED to **March 30, 2023, at 10:00 a.m.** The parties' joint status update letter is due no later than **March 23, 2023**. SO ORDERED.

*[signature]*

Barbara Moses
United States Magistrate Judge
February 17, 2023