**Ogletree Deakins**

**OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.**

*Attorneys at Law*

599 Lexington Ave, Fl 17
New York, New York 10022
Telephone:  212-492-2500
Facsimile:   212-492-2501
www.ogletree.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/28/23

Evan B. Citron
212-492-2068
evan.citron@ogletree.com

March 28, 2022

**VIA ECF**

The Honorable Barbara Moses
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY  10007



Re:     *Swartz v. OYO Hotels, Inc.*
        Case No.  22-cv-08605-ALC

Dear Judge Moses:

      We represent Defendant OYO Hotels, Inc. in the above-referenced matter.  On behalf of all parties, and in accordance with Rule 2.a of Your Honor's Individual Practices, we respectfully write to request an adjournment of the Initial Case Management Conference scheduled for March 30, 2023 (the "Conference") until April 6, 2023, or some subsequent date that is convenient for the Court.  The parties respectfully submit this request so that they may be afforded additional time to continue their ongoing, constructive settlement discussions prior to allocating further resources to litigation activity.  This is the parties' second request for an adjournment of the Conference.

      Thank you for Your Honor's consideration of this request.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.

By:  *s/ Evan B. Citron*
        Evan B. Citron

> Application GRANTED. The March 30, 2023 conference is ADJOURNED to **May 1, 2023, at 11:00 a.m.** The parties shall file their joint status update letter no later than **April 24, 2023**. SO ORDERED.
>
> *(signed)* Barbara Moses
> Barbara Moses
> United States Magistrate Judge
> March 28, 2023

Atlanta ▪ Austin ▪ Berlin (Germany) ▪ Birmingham ▪ Boston ▪ Charleston ▪ Charlotte ▪ Chicago ▪ Cleveland ▪ Columbia ▪ Dallas ▪ Denver ▪ Detroit Metro ▪ Greenville ▪ Houston
Indianapolis ▪ Kansas City ▪ Las Vegas ▪ London (England) ▪ Los Angeles ▪ Memphis ▪ Mexico City (Mexico) ▪ Miami ▪ Milwaukee ▪ Minneapolis ▪ Montréal (Canada) ▪ Morristown
Nashville ▪ New Orleans ▪ New York City ▪ Oklahoma City ▪ Orange County ▪ Paris (France) ▪ Philadelphia ▪ Phoenix ▪ Pittsburgh ▪ Portland, ME ▪ Portland, OR ▪ Raleigh ▪ Richmond
St. Louis ▪ St. Thomas ▪ Sacramento ▪ San Antonio ▪ San Diego ▪ San Francisco ▪ Seattle ▪ Stamford ▪ Tampa ▪ Toronto (Canada) ▪ Torrance ▪ Tucson ▪ Washington

55697420.v1-OGLETREE