```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/25/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SWARTZ,

          **Plaintiff,**

        -against-

OYO HOTELS INC.,

          **Defendant.**

22-cv-08605 (ALC)

**Order**

**ANDREW L. CARTER, United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within **thirty days.**

**SO ORDERED.**

Dated:   April 25, 2023
           New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**